**Orders Withdrawn, Petitions Granted, and Order filed January 31, 2023.**



In The

# Fourteenth Court of Appeals

In The

# Fourteenth Court of Appeals
_____

**NO. 14-22-00863-CV**
_____

**EXXONMOBIL CORPORATION, Appellant**

**V.**

**JON ALVAREZ, CHIQUITA BLAND, JORGE ELIZONDO, PEDRO GARCIA, LUIS GUTIERREZ, LEOBARDO MORFIN, MARTIN RODRIGUEZ, RODOLFO GARZA, AND DENNIS WOODS, Appellees**

**On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2019-52989**

_____

**NO. 14-22-00872-CV**
_____

**EXXONMOBIL CORPORATION, Appellant**

**V.**

**CARLOS BURGOIN, ALVARO CORONEL, JOSUE MUNOZ; ELIZABETH MURPHY, ROBERTO PENA, PROCULO PEREZ, ALEX RAUDEZ, KASSANDRA RODRIGUEZ, RAUL ROSALES, MICHAEL SALGADO, RIGGIE SPEIGHTS, ARTURO TORRES, AND JOHN TORRES, Appellees**

---

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-52989**

---

_____

**NO. 14-23-00013-CV**
_____

**EXXONMOBIL CORPORATION, Appellant**

**V.**

**EFRAIN FLORES-RODRIGUEZ, FELIPE LOPEZ, AND FEDENCIO ROJAS, Appellees**

---

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-52989**

---

### ORDER

We withdraw the orders issued January 5, 2023 in 14-22-00863-CV and 14-22-00872 as well as the order issued January 12, 2023 in 14-23-00013-CV, and substitute the following in its place.

Appellant ExxonMobil Corporation filed a petition for permissive interlocutory appeal pursuant to Texas Civil Practices and Remedies Code section 51.014(f). *See* Tex. Civ. Prac. & Rem. Code § 51.014(f); *see also* Tex. R. App. P. 28.3. The petition is granted. The notice of appeal is deemed to have been filed as of the date of this order. Tex. R. App. P. 28.3(k). This appeal is governed by the rules for accelerated appeals. *Id.* A copy of this order shall be filed with the trial court clerk for the 295th District Court of Harris County, Texas.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Jewell and Bourliot.